Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiff
CORINE BUSH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>CORINE BUSH<br>Individual Case No. C 06-0236 CRB | Case No. M 05-CV-1699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER<br><br>STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6375 PA, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff, Corine Bush, originally filed in the Central District of California, Case Number CV 05-6375 PA, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 06-0236 CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,
2  Plaintiff will only re-file in Federal Court.
3  The parties shall each bear their own costs.

4

5  Dated: September 8, 2006        ROBINSON, CALCAGNIE & ROBINSON

6

7                                  _____
                                    Mark P. Robinson, Jr., SBN054426
                                    mrobinson@rcrlaw.net
8                                   Carlos A. Prietto, III, SBN 166410
                                    cprietto@rcrlaw.net
9                                   Ted B. Wacker, SBN 157416
                                    twacker@rcrlaw.net
10                                  620 Newport Center Drive, 7th Floor
                                    Newport Beach, CA 92660
11                                  Telephone: (949) 720-1288
                                    Fax: (949) 720-1292
12
                                    -AND-
13
                                    Samuel M. Wendt, MO #53573
14                                  David Peterson, MO #32229
                                    PETERSON & ASSOCIATES, P.C.
15                                  801 West 47th Street, Suite 107
                                    Kansas City, MO 64112-1253
16                                  Telephone: (816) 531-4440
                                    Fax: (816) 531-0660
17
                                    *Counsel for Plaintiff*
18                                  CORINE BUSH

19

20  Dated: September 12, 2006       GORDON & REES

21

22                                  _____
                                    Stuart M. Gordon, Esq.
23                                  sgordon@gordonrees.com
                                    Embarcadero Center West
24                                  275 Battery Street, 20th Floor
                                    San Francisco, CA 94111
25                                  Telephone: (415) 986-5900
                                    Fax: (415) 986-8054
26
                                    *Defendants' Liaison Counsel*
27

28

---

2
STIPULATION AND ORDER OF DISMISSAL

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated: September 13, 2006

4  HONORABLE CHARLES R. BREYER

